| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6360951 | DATE 04/15/2025 |
|---|---|---|---|---|
| **NAME** JOHNSON, Gary Jerome | | **OFFICER** Mary Whitt | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20047-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 09/28/2020 | Supervised Release | V | 15 | |
| **COMMENCED** 01/13/2025 | **REVOCATION DATE** 01/13/2025 | | | |
| **EXPIRATION** 08/12/2026 | **RECOMMENCED** 01/13/2025 | | | |

| **ASST. U.S. ATTORNEY** Louis F. Meizlish | **DEFENSE ATTORNEY** Todd Shanker |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Fentanyl

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 42 months, to be followed by a 36-month term of supervised release.

Name of Sentencing Judicial Officer: Honorable Robert C. Chambers, Southern District of West Virginia. Jurisdiction accepted by the Honorable Paul D. Borman on 01/25/2023. Case assigned to Judge Linda V. Parker pursuant to Local Criminal Rule 57.10 on 7/02/2024.

Revocation Sentence: 01/13/2025: Custody of the Bureau of Prisons for a term of 17 months, Time Served, to be followed by a 19-month term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer.
2. The defendant will participate in a mental health treatment, as directed by the probation officer and approved by the Court, until such time the defendant is released form the program by the probation officer as approved by the Court.
3. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
4. The defendant must seek and maintain full-time employment, (i.e., 40 hours per week).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6360951 | DATE 04/15/2025 |
|---|---|---|---|---|
| NAME JOHNSON, Gary Jerome | OFFICER Mary Whitt | JUDGE Linda V. Parker | | DOCKET # 23-CR-20047-01 |

Criminal Monetary Penalty: Special Assessment $100.00 (paid 10/23/2023).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 3:** "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER". On April 8, 2025, per the Ohio State Highway Patrol, JOHNSON was stopped on I-75 near mile post 78 in Piqua, Ohio and issued citations for speeding and driving while license suspended. The trooper made a note he dropped JOHNSON off at a Sheetz gas station, where JOHNSON stated his brother would pick him up. At no time did JOHNSON request, nor was he given permission to leave the district. |
| 2 | **Violation of Standard Condition:** "AFTER INITIALLY REPORTING TO THE PROBATION OFFICE, YOU WILL RECEIVE INSTRUCTIONS FROM THE COURT OR THE PROBATION OFFICER ABOUT HOW AND WHEN YOU MUST REPORT TO THE PROBATION OFFICER AND YOU MUST REPORT TO THE PROBATION OFFICER AS INSTRUCTED". On March 28, 2025, the probation officer attempted to conduct a home visit at JOHNSON's residence but there was no answer at the door. The probation officer left a note instructing JOHNSON to report to the courthouse on March 31, 2025 at 2:00 pm and informed him failure to appear would result in a request for a warrant. On March 31, 2025, JOHNSON failed to report to the courthouse as directed. The probation officer has not seen or heard from JOHNSON since February 12, 2025. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Mary Whitt 313 234-5423 | DISTRIBUTION Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313 234-5460 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

Page **2** of **3**

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6360951 | DATE 04/15/2025 |
|---|---|---|---|---|
| **NAME** JOHNSON, Gary Jerome | | **OFFICER** Mary Whitt | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20047-01 |

[ X ]   The issuance of a warrant

[ ]   Other

s/Linda V. Parker
United States District Judge

4/22/2025
Date